UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Randolph Emerson

Plaintiff,

vs. ORDER

Internal Affairs Unit, St.
Paul Police Department,

Defendant. Civ. No. 00-1443(DWF/RLE)

* * * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, it is --

ORDERED:

That the Defendant's Motion to Dismiss [Docket No. 6] is granted unless, **by no later than February 5, 2001**, the Plaintiff serves and files an Amended Complaint that states a legally cognizable cause of action.

BY THE COURT:

Judge Donovan W. Frank
United States District Court

DATED: January 31, 2001
At St. Paul, Minnesota

JAN 31 2001
FILED
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK